UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:24-mc-00167

| | |
|---|---|
| **In re Hendrick Automotive Group** | **TESLA, INC.'S MOTION TO COMPEL HENDRICK AUTOMOTIVE GROUP'S COMPLIANCE WITH NON-PARTY SUBPOENA**<br><br>Related Case:<br>No. 3:23-cv-1145-TLT (N.D. Cal.) |

Pursuant to Federal Rules of Civil Procedure 26(b), 34(c), and 45, Tesla, Inc. respectfully moves the Court for an order compelling Hendrick Automotive Group to comply with a non-party subpoena for documents served in *Lambrix v. Tesla, Inc.*, No. 3:23-cv-1145-TLT (N.D. Cal.), a set of consolidated putative antitrust class actions currently pending in the Northern District of California.

As set forth in Tesla's accompanying brief, Tesla properly served the subpoena on September 30, 2024, and provided Hendrick with thirty days to respond. To date, however, Hendrick has failed to respond or even acknowledge receipt.

As a result, and for the reasons more fully described in Tesla's accompanying brief, the Court should enter an order requiring Hendrick to comply with the subpoena by beginning to produce responsive documents within 21 days.

Respectfully submitted this the 17th day of December, 2024.

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **POYNER SPRUILL LLP** |
| /s/ Ari Holtzblatt<br>Ari Holtzblatt<br>(*pro hac vice* forthcoming)<br>D.C. Bar No. 1009913<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>(202) 663-6000<br>Ari.Holtzblatt@wilmerhale.com | /s/ John Michael Durnovich<br>John Michael ("J.M.") Durnovich<br>N.C. State Bar No. 47715<br>jdurnovich@poynerspruill.com<br>301 South College St., Ste. 2900<br>Charlotte, NC 28202<br>(704) 342-5250 |
| /s/ David Gringer<br>David Gringer<br>(*pro hac vice* forthcoming)<br>N.Y. Bar No. 4879029 | /s/ Emily M. Meeker<br>Emily M. Meeker<br>N.C. State Bar No. 53227<br>emeeker@poynerspruill.com<br>Post Office Box 1801<br>Raleigh, NC 27602-1801<br>(919) 783-6400 |
| /s/ Andres C. Salinas<br>Andres C. Salinas<br>(*pro hac vice* forthcoming)<br>N.Y. Bar No. 6067755<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>David.Gringer@wilmerhale.com<br>Andres.Salinas@wilmerhale.com | **Local Counsel for Tesla, Inc.** |
| **Counsel for Tesla, Inc.** | |

## CERTIFICATE OF SERVICE

  I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

  This the 17th day of December, 2024.

/s/ John Michael Durnovich
John Michael ("J.M.") Durnovich
