IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MC-167-FDW-DCK

| | | |
|---|---|---|
| **TESLA,** | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **HENDRICK AUTOMOTIVE GROUP,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Local Counsel John Michael ("J.M.") Durnovich on December 23, 2024.

Applicant David Gringer seeks to appear as counsel *pro hac vice* for Petitioner. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. David Gringer is hereby admitted *pro hac vice* to represent Petitioner.

**SO ORDERED**.

Signed: December 23, 2024

David C. Keesler
United States Magistrate Judge